# Exhibit A

# Filed Under Seal

# Exhibit B

# Filed Under Seal

# Exhibit C

# Filed Under Seal

# Exhibit D

# Filed Under Seal

# Exhibit E

# Filed Under Seal

# Exhibit F

⊜ **CME Group**    **Minimum Performance Bond Requirements**



| Business Date | Description | Exchange | Margin | Roll Product Code |
|---|---|---|---|---|
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-14 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-19 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-14 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |

| | | | | |
|---|---|---|---|---|
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-5 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-4 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-6 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-7 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-9 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-11 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-8 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-10 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-14 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-15 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-12 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-13 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-16 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-17 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-18 |
| 1/26/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-19 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-2 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-1 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-3 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-5 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-4 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-6 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-7 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-9 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-11 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-8 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-10 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-14 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-15 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-12 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-13 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-16 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-17 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-18 |
| 1/25/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-19 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-2 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-1 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-3 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-5 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-4 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-6 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-7 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-9 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-11 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-8 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-10 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-14 |

| | | | | |
|---|---|---|---|---|
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-15 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-12 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-13 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-16 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-17 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-18 |
| 1/24/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-19 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-2 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-1 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-3 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-5 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-4 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-6 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-7 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-9 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-11 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-8 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-10 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-14 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-15 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-12 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-13 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-16 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-17 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-18 |
| 1/21/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 8250 | SI-19 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-2 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-1 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-3 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-5 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-4 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-6 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-7 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-9 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-11 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-8 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-10 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-14 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-15 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-12 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-13 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-16 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-17 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-18 |
| 1/20/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-19 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-2 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-1 |

| | | | | |
|---|---|---|---|---|
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-3 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-5 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-4 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-6 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-7 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-9 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-11 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-8 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-10 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-14 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-15 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-12 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-13 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-16 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-17 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-18 |
| 1/19/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-19 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-2 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-1 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-3 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-5 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-4 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-6 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-7 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-9 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-11 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-8 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-10 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-14 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-15 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-12 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-13 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-16 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-17 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-18 |
| 1/18/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-19 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-2 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-1 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-3 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-5 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-4 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-6 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-7 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-9 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-11 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-8 |
| 1/17/2011 0:00 | COMEX 5000 SILVER FUTURES | CMX | 7750 | SI-10 |

# Exhibit G

# Filed Under Seal

# Exhibit H

# Filed Under Seal

# Exhibit I

# Filed Under Seal

# Exhibit J

# Filed Under Seal

# Exhibit K

# Filed Under Seal

# Exhibit L

# Filed Under Seal

# Exhibit M

# Filed Under Seal

# Exhibit N

# Filed Under Seal

# Exhibit O

# Filed Under Seal

# Exhibit P

# Filed Under Seal

# Exhibit Q

# Filed Under Seal

# Exhibit R

# Filed Under Seal

# Exhibit S

# Filed Under Seal

# Exhibit T

# Filed Under Seal