# EXHIBIT 1

**CME Group**          **Minimum Performance Bond Requirements**



| Business Date | Description | Exchange | Margin | Roll Product Code |
|---|---|---|---|---|
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-14 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/31/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-19 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-14 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/30/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |

| Date | Description | Exchange | Qty | ID |
|---|---|---|---|---|
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-14 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/27/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-0 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-14 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/26/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-19 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/25/2013 0:00 | COMEX 5000 SILVER PAER FUTURCES | CMX | 10000 | SI-14 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |

| Date | Contract | Exchange | Size | ID |
|---|---|---|---|---|
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/25/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-19 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-14 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/24/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-19 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-4 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-6 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-3 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-9 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-7 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-8 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-10 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-11 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-14 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-12 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-13 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-15 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-16 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-17 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-18 |
| 12/23/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-19 |
| 12/20/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-2 |
| 12/20/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-1 |
| 12/20/2013 0:00 | COMEX 5000 SILVER FUTURES | CMX | 10000 | SI-5 |