# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
Alice McInerney

September 20, 2018

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Shak et al. v. JPMorgan Chase & Co., et al.*, No. 15 Civ. 992 (PAE); *Wacker v. JPMorgan Chase & Co., et al.*, No. 15 Civ. 994 (PAE); and *Grumet v. JPMorgan Chase & Co., et al.*, No. 15 Civ. 995 (PAE)

Dear Judge Engelmayer:

      We represent the Plaintiffs in the above-referenced matters.  In accordance with Rules 7.A.-B. of Your Honor's Individual Rules and Practices and Standing Order M10-468 of the United States District Court for the Southern District of New York, Plaintiffs respectfully request permission to bring into the Courthouse electronic equipment for the purposes of the October 4, 2018 oral argument regarding the parties' motions to exclude expert testimony.  *See* ECF No. 143.

      A proposed order granting permission to bring three laptop computers and three mobile phones to the Courthouse is attached.  Plaintiffs also intend to seek permission to use a court-provided projector during the proceeding. Plaintiffs appreciate Your Honor's consideration of this request.

      Respectfully submitted,

/s/ David E. Kovel
David E. Kovel
Karen M. Lerner
KIRBY McINERNEY LLP
825 Third Avenue, 16th floor
New York, New York 10022
Telephone: (212) 371-6600
Email: dkovel@kmllp.com
klerner@kmllp.com

*Counsel for Plaintiffs*

cc: All Counsel of Record (by Electronic Filing)