UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DANIEL SHAK and SHK DIVERSIFIED, LLC
(and/or their successors in interest),

        Plaintiffs,

-v-

JPMORGAN CHASE & CO., et al.,

        Defendants.

------------------------------------------------------------X

THOMAS WACKER,

        Plaintiff,

-v-

JPMORGAN CHASE & CO., et al.,

        Defendants.

------------------------------------------------------------X

MARK GRUMET,

        Plaintiff,

-v-

JPMORGAN CHASE & CO., et al.,

        Defendants.

------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 10/5/2018 |

15 Civ. 992 (PAE)

15 Civ. 994 (PAE)

15 Civ. 995 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

  The Court has received a joint letter from counsel regarding the Court's October 1, 2018 Order directing the parties to re-file, by October 10, 2018, their submissions on the *Daubert* motions with significantly more limited redactions. The parties request that the Court either

clarify that its prior Order applies only to the briefs themselves, and not the attached exhibits, or grant an extension of the deadline to file re-redacted briefs so that the parties may renegotiate underlying confidentiality designations. Dkt. 219. For the avoidance of doubt, the Court clarifies that the parties need only re-file the briefs themselves. They are not required to re-file newly redacted exhibits. Accordingly, the Court declines the parties' request for an extension.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: October 5, 2018
      New York, New York