```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY  FILED                    │
│ DOC #:_____                   │
│ DATE FILED:  10/30/2018                  │
└─────────────────────────────────────────┘
```

By Email

Honorable Paul A. Engelmayer,
    Thurgood Marshall United States Courthouse,
      40 Foley Square,
        New York, New York 10007-1312.

        Re:   *Shak, et al.* v. *JPMorgan Chase & Co.*, No. 15-cv-992 (S.D.N.Y.);
               *Wacker* v. *JPMorgan Chase & Co.*, No. 15-cv-994 (S.D.N.Y.);
               *Grumet* v. *JPMorgan Chase & Co.*, No. 15-cv-995 (S.D.N.Y.)

Dear Judge Engelmayer:

        On behalf of all parties in the above-captioned actions, we write pursuant to the Court's October 17, 2018 Order authorizing the parties to submit proposed redactions of the transcript of the oral argument held on October 4, 2018 regarding the parties' *Daubert* motions. *See Shak*, ECF No. 241. The materials that the parties propose be redacted are highlighted in yellow in the accompanying transcript and are located on the following pages: 18, 30, 31, 34, 40, 56, 57, 64, 70, 72, 74, 75, 88, 113, 114, 117 and 118.

        If the Court approves the proposed redactions, the parties will provide the court reporter with a list of the redactions to be made to the official transcript in accordance with the April 18, 2011 Notice to the Bar Regarding the Electronic Availability of Civil Transcripts of Proceedings Before U.S. District and Magistrate Judges.

        The parties appreciate Your Honor's consideration of this matter and are available to discuss at your convenience.

                        Respectfully submitted,

                        /s/ *Amanda F. Davidoff*
                        Amanda F. Davidoff
                        Counsel for Defendants

                        /s/ *David E. Kovel*
                        David E. Kovel
                        Counsel for Plaintiffs

cc: All counsel of record (via email)

                               10/29/18

Granted. The parties shall provide the court reporter with a list of all redactions to the official transcript in accordance with the April 18, 2011 Notice to the Bar Regarding the Electronic Availability of Civil Transcripts of Proceedings Before U.S. District and Magistrate Judges.

        SO ORDERED.

                    *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge