# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-293-6330
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 30, 2019

By ECF

Honorable Paul A. Engelmayer,
   Thurgood Marshall United States Courthouse,
     40 Foley Square,
       New York, New York 10007-1312.

        Re:    *Shak* v. *JPMorgan Chase & Co.*, No. 15-cv-992 (S.D.N.Y.);
               *Wacker* v. *JPMorgan Chase & Co.*, No. 15-cv-994 (S.D.N.Y.);
               *Grumet* v. *JPMorgan Chase & Co.*, No. 15-cv-995 (S.D.N.Y.).

Dear Judge Engelmayer:

        On behalf of defendants, I write pursuant to this Court's November 30, 2018 order (ECF No. 263) directing the Government and the parties to notify the Court of their views as to the continuing need for a stay in the above-captioned cases. As the Court is aware, the Government has moved to continue the current stay for an additional five months to prevent interference with its ongoing investigation. Defendants do not oppose its motion.

        We are available at the Court's convenience to discuss this matter.

                                  Respectfully submitted,

                                  /s/ *Amanda F. Davidoff*
                                  Amanda F. Davidoff

cc:    All counsel of record (via ECF)