```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL SHAK and SHK DIVERSIFIED, LLC         :
(and/or their successors in interest),        :
                                              :
                         Plaintiffs,          :
                                              :       15 Civ. 992 (PAE)
        -v-                                   :
                                              :
JPMORGAN CHASE & CO., et al.,                 :
                                              :
                         Defendants.          :
------------------------------------------------------------X
THOMAS WACKER,                                :
                                              :
                         Plaintiff,           :
                                              :       15 Civ. 994 (PAE)
        -v-                                   :
                                              :
JPMORGAN CHASE & CO., et al.,                 :
                                              :
                         Defendants.          :
------------------------------------------------------------X
MARK GRUMET,                                  :
                                              :
                         Plaintiff,           :
                                              :       15 Civ. 995 (PAE)
        -v-                                   :
                                              :       ORDER
JPMORGAN CHASE & CO., et al.,                 :
                                              :
                         Defendants.          :
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

On May 29, 2019, the Government moved to extend the stay in this case by an additional five months, *i.e.* through October 31, 2019, in deference to an ongoing criminal investigation. Dkt. 265. The parties to this case do not oppose the Government's application. Dkts. 267–68.

The Court also spoke today, June 5, 2019, by telephone with the prosecutors responsible for investigation. The Court did so to better understand the considerations underlying the request for a stay. The transcript of that conversation is sealed and is to be accessible to the Court only.

The Court's judgment is that the requested extension of the stay is warranted here. It remains likely that the Court will eventually permit one or more depositions to be reopened in this case, in the interests of justice. However, for the reasons stated by the Government, law enforcement interests presently counsel in favor of deferring any such reopened depositions. The Court accordingly stays all activity in this case until October 31, 2019.

The Government's request to file under seal an unredacted copy of its motion to stay, Dkt. 266, is granted.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 5, 2019
      New York, New York