**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SHAK and SHK DIVERSIFIED, LLC<br>(and/or their successors in interest),<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as<br>J.P. MORGAN SECURITIES LLC),<br><br>　　　　　　　　　　　　Defendants. | Case No. 15 Civ. 992 (PAE)<br><br>Hon. Paul A. Engelmayer |
| THOMAS WACKER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as<br>J.P. MORGAN SECURITIES LLC),<br><br>　　　　　　　　　　　　Defendants. | Case No. 15 Civ. 994 (PAE)<br><br>Hon. Paul A. Engelmayer |
| MARK GRUMET,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as<br>J.P. MORGAN SECURITIES LLC),<br><br>　　　　　　　　　　　　Defendants. | Case No. 15 Civ. 995 (PAE)<br><br>Hon. Paul A. Engelmayer |

## NOTICE OF ATTORNEY WITHDRAWAL AND ORDER

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, I, Austin L. Raynor, hereby respectfully move this Court for entry of an Order (provided below) granting my request to withdraw as counsel for Defendants in the above-captioned actions and to have my name, address, and email address removed from the service list (including ECF service list).

I will be leaving the firm of Sullivan & Cromwell LLP.  Defendants will continue to be represented by other attorneys of Sullivan & Cromwell LLP, and my withdrawal will not delay resolution of this matter.

Dated:  October 21, 2019

/s/ *Austin L. Raynor*
Austin L. Raynor
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W.
Suite 700
Washington, D.C.  20006-5215
Tel:  (202) 956-7500
Fax:  (202) 293-6330
raynora@sullcrom.com

*Counsel for Defendants JP Morgan Chase & Co., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLC, and J.P. Morgan Futures, Inc. (now known as J.P. Morgan Securities LLC)*

cc:     All counsel of record (via ECF)

IT IS SO ORDERED.

Dated: October __, 2019

_____
Hon. Paul A. Engelmayer
United States District Judge

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 21, 2019, I caused the foregoing to be served on Defendants via email and via ECF on all counsel of record.

                                    */s/ Austin L. Raynor*
                                    Austin L. Raynor