UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SHAK, SHK DIVERSIFIED, LLC (and/or their successors in interest),<br><br>        Plaintiffs,<br>  v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC),<br><br>        Defendants. | Case No. 15 Civ. 992 (LJL)<br><br>Hon. Lewis J. Liman |
| THOMAS WACKER,<br><br>        Plaintiff,<br>  v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC),<br><br>        Defendants. | Case No. 15 Civ. 994 (LJL)<br><br>Hon. Lewis J. Liman |
| MARK GRUMET,<br><br>        Plaintiff,<br>  v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC),<br><br>        Defendants. | Case No. 15 Civ. 995 (LJL)<br><br>Hon. Lewis J. Liman |

**JOINT STIPULATION OF DISMISSAL**

-2-

IT IS HEREBY STIPULATED AND AGREED between Daniel Shak, SHK Diversified LLC (and/or their successors in interest), Thomas Wacker and Mark Grumet (together, "Plaintiffs"), and JPMorgan Chase & Co., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLC, and J.P. Morgan Futures Inc. (now known as J.P. Morgan Securities LLC) (together, "JPMorgan"), that all of Plaintiffs' claims against JPMorgan are hereby dismissed with prejudice in the above-captioned actions, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: August 20, 2020                                    Respectfully submitted,

/s/ David E. Kovel                                        /s/ Amanda F. Davidoff
David E. Kovel                                            Amanda F. Davidoff
KIRBY MCINERNEY, LLP                                      SULLIVAN & CROMWELL LLP
250 Park Ave.                                             1700 New York Ave., N.W.
Suite 820                                                 Suite 700
New York, N.Y. 10177                                      Washington, D.C. 20006-5215
Tel: (212) 371-6600                                       Tel: (202) 956-7500
Fax: (212) 751-2540                                       Fax: (202) 293-6330
dkovel@kmllp.com                                          davidoffa@sullcrom.com

Daniel Hume                                               Akash M. Toprani
Karen M. Lerner                                           Karl L. Bock
KIRBY MCINERNEY, LLP                                      SULLIVAN & CROMWELL LLP
250 Park Ave.                                             125 Broad Street
Suite 820                                                 New York, NY 10004-2498
New York, N.Y. 10177                                      Tel: (212) 558-4000
Tel: (212) 371-6600                                       Fax: (212) 558-3588
Fax: (212) 751-2540                                       toprania@sullcrom.com
dhume@kmllp.com                                           bockk@sullcrom.com
klerner@kmllp.com

*Counsel for Plaintiffs*                                  *Counsel for defendants JP Morgan Chase & Co., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLC, and J.P. Morgan Futures, Inc. (now known as J.P. Morgan Securities LLC)*

-3-

**SO ORDERED**:

Dated:

_____   _____
                                               Hon. Lewis J. Liman
                                               United States District Judge