UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SHAK, SHK DIVERSIFIED, LLC (and/or their successors in interest),<br><br>                              Plaintiffs,<br>       v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC),<br><br>                              Defendants. | Case No. 15 Civ. 992 (LJL)<br><br>Hon. Lewis J. Liman |
| THOMAS WACKER,<br><br>                              Plaintiff,<br>       v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC),<br><br>                              Defendants. | Case No. 15 Civ. 994 (LJL)<br><br>Hon. Lewis J. Liman |
| MARK GRUMET,<br><br>                              Plaintiff,<br>       v.<br><br>JP MORGAN CHASE & CO.,<br>J.P. MORGAN CLEARING CORP.,<br>J.P. MORGAN SECURITIES LLC,<br>J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC),<br><br>                              Defendants. | Case No. 15 Civ. 995 (LJL)<br><br>Hon. Lewis J. Liman |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED between Daniel Shak, SHK Diversified LLC (and/or their successors in interest), Thomas Wacker and Mark Grumet (together, "Plaintiffs"), and JPMorgan Chase & Co., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLC, and J.P. Morgan Futures Inc. (now known as J.P. Morgan Securities LLC) (together, "JPMorgan"), that all of Plaintiffs' claims against JPMorgan are hereby dismissed with prejudice in the above-captioned actions, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: August 20, 2020                                             Respectfully submitted,

David E. Kovel                                                     Amanda F. Davidoff
KIRBY MCINERNEY, LLP                                               SULLIVAN & CROMWELL LLP
250 Park Ave.                                                      1700 New York Ave., N.W.
Suite 820                                                          Suite 700
New York, N.Y. 10177                                               Washington, D.C. 20006-5215
Tel: (212) 371-6600                                                Tel: (202) 956-7500
Fax: (212) 751-2540                                                Fax: (202) 293-6330
dkovel@kmllp.com                                                   davidoffa@sullcrom.com

Daniel Hume                                                        Akash M. Toprani
Karen M. Lerner                                                    Karl L. Bock
KIRBY MCINERNEY, LLP                                               SULLIVAN & CROMWELL LLP
250 Park Ave.                                                      125 Broad Street
Suite 820                                                          New York, NY 10004-2498
New York, N.Y. 10177                                               Tel: (212) 558-4000
Tel: (212) 371-6600                                                Fax: (212) 558-3588
Fax: (212) 751-2540                                                toprania@sullcrom.com
dhume@kmllp.com                                                    bockk@sullcrom.com
klerner@kmllp.com

*Counsel for Plaintiffs*                                           *Counsel for defendants JP Morgan Chase & Co., J.P. Morgan Clearing Corp., J.P. Morgan Securities LLC, and J.P. Morgan Futures, Inc. (now known as J.P. Morgan Securities LLC)*